## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MARTHA NIEVES CARDONA, ET. AL.

*Plaintiffs*

CIVIL :  08-2255 (JAF)

　　　　　Vs.

PUERTO RICO PORTS AUTHORITY, ET. AL.

*Defendants*

_____

### *MOTION FOR EXTENSION OF TIME UNTIL JULY 7TH TO STATE THE POSITION OF THE PUERTO RICO PORTS AUTHORITY REGARDING EXECUTIVE AIRLINES' MOTION FOR SUMMARY JUDGMENT*

TO THE HONORABLE COURT:

　　　　NOW COME co-defendant, Puerto Rico Ports Authority, represented by the undersigned attorneys, and respectfully state, allege and pray:

　　　　1.  Co-Defendant Executive Airlines recently filed a Motion for Summary Judgment in the present case.

　　　　2.  The appearing Puerto Rico Ports Authority wishes to state its position regarding Executive's dispositive motion, and needs 12 calendar days to decide its final position and prepare the necessary motion or opposition.

　　　　WHEREFORE, the Puerto Rico Ports Authority respectfully requests this Honorable Court to grant this Motion, allowing the appearing defendant until July 7th, 2009 to state its position regarding Executive's dispositive motion.

　　　　*RESPECTFULLY SUBMITTED.*

I hereby certify that on this same date I have notified all counsel of record a true copy of this

document by using the electronic filing and notification system of the Clerk of this Honorable Court.

AT SAN JUAN, PUERTO RICO, ON THIS 25TH DAY OF JUNE, 2009.

**AGRAIT LLADO LAW FIRM**
**FRANCISCO AGRAIT OLIVERAS**
**JAIME F. AGRAIT LLADO**
P. O. BOX 195193
SAN JUAN, PR 00919-5193
TELS.:  (787)753-7130/753-7142/753-7143
FAX:  (787)763-1594

**S/ JAIME F. AGRAIT LLADO**
**USDC 207012**

.